

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2015

No. 04-15-00027-CR

Linda **RAMIREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9653
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Jason Pulliam, Justice

Appellant Linda Ramirez's motion for en banc reconsideration, filed on September 21, 2015, is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court